# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE BRIAN GARCIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGPETH,<br>Warden,<br><br>　　　　　Respondent. | Case No. CV 10-4104 DSF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: 5/3/11

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. DALE S. FISCHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE